```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 09-22132-Civ-LENARD
                         MAGISTRATE JUDGE P.A. WHITE
```

PEDRO GOMEZ-VERA,                 :

    Petitioner,               :

v.                                :        REPORT OF
                                           MAGISTRATE JUDGE
KENNY ATKINSON,                   :

    Respondent.               :

_____

## I. Introduction

Pedro Gomez-Vera has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. sections 2241-43, challenging the execution of his sentence by the Bureau of Prisons ("BOP").

Gomez-Vera asserts the BOP erroneously calculated his projected release date by failing to properly credit him for fifteen months he served on a concurrent sentence. [DE# 1]. BOP filed a response explaining an audit of Gomez-Vera's records confirmed an error had occurred and was corrected. [DE# 12]. The corrected projected release date was, in fact, earlier than that Gomez-Vera had requested in his federal habeas petition. A search of BOP's inmate locator database reveals Gomez-Vera has been released from custody pursuant to the corrected release date.[1]

Based on the foregoing, it appears that Gomez-Vera's request is moot. See Powell v. McCormack, 395 U.S. 486, 496-97 (1969) (a

---

[1] See http://www.bop.gov/iloc2/InmateFinderServlet?Transaction=IDSearch&needingMoreList=false&IDType=IRN&IDNumber=13074-069. Gomez-Vera has not provided the Court with an updated address. Accordingly, a copy of this Report will be provided to his last known address.

case is moot when the issues presented are no longer "live" or the parties lack a legally cognizable interest in the outcome); <u>Friends of the Everglades v. S. Fla. Water Mgmt. Dist.</u>, 570 F.3d 1210, 1216 (11th Cir. 2009) (a case is moot when it no longer presents a live controversy with respect to which the court can provide meaningful relief); <u>Ethredge v. Hail</u>, 996 F.2d 1173, 1175 (11th Cir. 1993) (same).

It is therefore recommended that this petition be dismissed as moot.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

SIGNED this <u>29</u>th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Pedro Gomez-Vera, <u>pro se</u>
    Reg. No. 13074-069
    Federal Prison Camp
    PO Box 779800

    Michael J. O'Leary
    Assistant United States Attorney
    Court No. A5501261
    JLK Federal Justice Building
    99 Northeast 4th Street
    Miami, FL 33132-2111

2