UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22132-CIV-LENARD/WHITE

**PEDRO GOMEZ-VERA**,

        Petitioner,

vs.

**KENNY ATKINSON**,

        Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 13) AND DISMISSING PETITION FOR HABEAS CORPUS

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 13), issued on June 30, 2010. In his Report, Magistrate Judge White recommends that Pedro Gomez-Vera's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §§ 2241-43 (D.E. 1), filed on July 21, 2009, be dismissed as moot. The Report also provides that any objections may be filed within fourteen days of its receipt by the parties. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 13), issued on June 30, 2010, is **ADOPTED.**

    2.    Pedro Gomez-Vera's Petition for Writ of Habeas Corpus pursuant to 28

U.S.C. §§ 2241-43 (D.E. 1), filed on July 21, 2009, is **DISMISSED** as moot.

3. This Case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of January, 2010.

                                                **JOAN A. LENARD**
                                                **UNITED STATES DISTRICT JUDGE**